UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBYN L. ARNOLD-JONES,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-5274-FDB<br><br><br>PROPOSED ORDER |

Based on the Stipulation between the parties, it is hereby ORDERED that the above-captioned case be REMANDED to the Commissioner of Social Security for further administrative proceedings. 42 U.S.C. § 405(g) (sentence four). On remand, the Administrative Law Judge will be directed to:

Page 1    PROPOSED ORDER - [C05-5274-FDB]

Evaluate Plaintiff's obesity in accordance with Social Security Ruling 02-01p, by providing specific findings, and appropriate rationale that addresses what effect if any, Plaintiff's obesity may have on the severity of Plaintiff's other impairments and what effect Plaintiff's obesity by itself, and in combination with her other impairments may or may not have on the severity of Plaintiff's functional limitations;

Provide appropriate rationale and findings that address whether Plaintiff's obesity imposes any additional limitations on Plaintiff's residual functional capacity and provide specific references to evidence of record in support of any assessed limitations, 20 C.F.R. §§ 404.1545 and 416.945, and Social Security Ruling 96-8p;

Further evaluate Plaintiff's mental impairment in accordance with the special technique described in 20 C.F.R. §§ 404.1520a and 416.920a, documenting application of the technique in the decision by providing specific findings and appropriate rationale for each of the functional areas described in 20 C.F.R. §§ 404.1520a and 416.920a;

Give further consideration to the treating source opinions pursuant to the provisions of 20 C.F.R. §§ 404.1527 and 416.927 and Social Security Rulings 96-2p and 96-5p, specifically, the opinions and diagnoses from Pamela Girres, M.D. and Murray Rouse, D.O., and explain the weight given to such opinion evidence. In so doing, the hearing decision should articulate specific and legitimate reasons for the weight given to the treating source opinions. The Administrative Law Judge will request that the treating sources provide additional evidence and/or further clarification of the opinion and medical source statements about what Plaintiff can still do despite the impairments;

Give further consideration to Plaintiff's maximum residual functional capacity and provide

Page 2        PROPOSED ORDER - [C05-5274-FDB]

appropriate rationale with specific references to evidence of record in support of the assessed limitations (20 C.F.R. §§ 404.1545 and 416.945 and Social Security Ruling 96-8p);

If necessary, obtain evidence from a medical expert to clarify the nature and severity Plaintiff's impairment (20 C.F.R. §§ 404.1527 and 416.927 and Social Security Ruling 96-6p); and

Obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base.

DATED this 24th day of August 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ JEFFREY BAIRD
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2205
FAX: (206) 615-2531
jeffrey.h.baird@ssa.gov

Page 3    PROPOSED ORDER - [C05-5274-FDB]