UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBYN L. ARNOLD-JONES,<br>                            Plaintiff,<br>v.<br>JO ANNE B. BARNHART, Commissioner of the Social Security Administration,<br>                            Defendant. | No. C05-5274<br><br>PROPOSED ORDER |

IT IS HEREBY ORDERED that plaintiff's attorney, Anne Kysar, is awarded an attorney's fee of $3,456.07 with costs for the filing fee and photocopies in the amount of $254.42 and expenses for messenger service, legal research, telephone and postage in the amount of $75.48 for a total of $3,785.97, pursuant to the Equal Access to Justice Act. 28 U.S.C. § 2412.

DONE this 29th day of September 2005.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for entry this

day of _____, 2005

_____
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

SCHROETER, GOLDMARK & BENDER

s/ANNE KYSAR
Anne Kysar, WSBA # 28351
Attorney for Plaintiff
Schroeter Goldmark & Bender

PROPOSED ORDER - 1
(Case No. C05-5274-FDB)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
(206) 622-8000